**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Taocon, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3731676** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **244 Fifth Avenue** <br> **New York, NY 10001** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.taocon.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **Taocon, Inc.** _____    Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Taocon, Inc.**                                    Case number (*if known*)
_____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __7__ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __November 15, 2016__
                MM / DD / YYYY

**X** /s/ Steven Lamazor                              Steven Lamazor
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**    **X** /s/ Tracy L. Klestadt
                                 Signature of attorney for debtor          Date  November 15, 2016
                                                                                 MM / DD / YYYY

**Tracy L. Klestadt**
Printed name

**Klestadt Winters Jureller Southard & Stevens, LLP**
Firm name

**200 West 41st Street**
**17th Floor**
**New York, NY 10036-7203**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 972-3000**      Email address   tklestadt@klestadt.com

**2089985**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 1

**Fill in this information to identify the case:**

Debtor name    **Taocon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■    *Schedule H: Codebtors (Official Form 206H)*
■    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2016**          X /s/ Steven Lamazor
                                             Signature of individual signing on behalf of debtor

                                             **Steven Lamazor**
                                             Printed name

                                             **President**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Taocon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.......................................................................... $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................... $    **566,593.04**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*......................................................................... $    **566,593.04**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **225,749.42**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    **3,182,282.06**

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b      $    **3,408,031.48**

| Fill in this information to identify the case: |
|---|

| Debtor name | **Taocon, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank, N.A., Branch #848**<br>**395 Third Avenue**<br>**New York, NY 10014** | **Payroll** | **4859** | $0.00 |
| 3.2. | **Citibank, N.A., Branch #848**<br>**395 6th Avenue**<br>**New York, NY 10014** | **Operating** | **3382** | $11.38 |
| 3.3. | **Chase Bank, N.A.**<br>**225 5th Avenue**<br>**New York, NY 10010** | **Checking** | **9756** | $4.32 |
| 3.4. | **Chase Bank, N.A.**<br>**225 5th Avenue**<br>**New York, NY 10010** | **Savings** | **7603** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $15.70 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Taocon, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Security deposit for office lease** ................................................... $10,733.34

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                                 $10,733.34

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

11a. 90 days old or less:     **1,274,356.00** - **723,512.00** = .... $550,844.00

          face amount                     doubtful or uncollectible accounts

**12.**     **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                             $550,844.00

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Taocon, Inc.** | Case number *(If known)* | |
|--------|------------------|-------------------------|--|
| | Name | | |

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Various machinery and office equipment** | $0.00 | | $5,000.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $5,000.00 |
|-----|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Taocon, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,733.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $550,844.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $566,593.04 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $566,593.04 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Taocon, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

**2.1    Citibank - Credit Line**
Creditor's Name

**P.O. Box 9241
Uniondale, NY 11555**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0664**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Citibank - Credit Line
2. Mark Grady**

Describe debtor's property that is subject to a lien
**All assets.**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$175,749.42   $550,844.00

**2.2    Mark Grady**
Creditor's Name

**270 Lenox Avenue
South Orange, NJ 07079**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$50,000.00   $550,844.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Taocon, Inc.** | Case number (if know) | |
|--------|------------------|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $225,749.42

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-----------------------------------------------------------|------------------------------------------------|
| | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Taocon, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,150.30 |
|---|---|---|---|
| | **A.R. Equipment LLC** | ☐ Contingent | |
| | **174 St. George Road** | ☐ Unliquidated | |
| | **Staten Island, NY 10306** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Alejandro Ramirez Magana** | ■ Contingent | |
| | **721 5th Avenue, #61AB** | ■ Unliquidated | |
| | **New York, NY 10022** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Alex & Hildemarie Ladouceur** | ■ Contingent | |
| | **540 4th Street** | ■ Unliquidated | |
| | **Brooklyn, NY 11215** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,000.00 |
|---|---|---|---|
| | **All Boro Floor Service, Inc.** | ☐ Contingent | |
| | **135 East 233rd Street** | ☐ Unliquidated | |
| | **Bronx, NY 10470** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$828.89** |
|---|---|---|---|

**Allied Building Products Corp.**
**15 E. Union Avenue**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,303.70** |
|---|---|---|---|

**Allstate Sprinkler Corp**
**1869 White Plains Road**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,182.93** |
|---|---|---|---|

**American Security Systems, Inc.**
**5-44 50th Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,375.00** |
|---|---|---|---|

**Apex Construction Inc.**
**25-03 Boden Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,939.00** |
|---|---|---|---|

**Apollo Electric USA, Inc. DBA Alpha Elec**
**71-51 70th Street**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,820.03** |
|---|---|---|---|

**Arista Air Conditioning Corp.**
**38-26 Tenth Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,812.25** |
|---|---|---|---|

**Art-In-Construction, Ltd.**
**63 Flushing Avenue, Unit 109**
**Building 3, Shite 101**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$729.46**

**Benra & Dual Tilt Windows & Doors Mfg. C**
**229 Green Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$419.17**

**Blue Chip Building Maintenance Inc.**
**242 30th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,020.00**

**Bodenkraft Handcrafted Artisan Flooring**
**167 Stone Hill Road**
**Colts Neck, NJ 07722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$102.65**

**Breakaway Courier Systems**
**444 West 36th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Brian McMahon**
**40 Bond Street**
**New York, NY 10012**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,050.68**

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,653.25**

**Canon Solutions America**
**300 Commerce Square Blvd.**
**Burlington, NJ 08016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$961.54** |
|---|---|---|---|

**CARR-Xerox**
**500 Commack Road**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Celtic Services NYC Inc.**
**156 Mt. Vernon Avenue, Suite 210**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,000.00** |
|---|---|---|---|

**Citicards**
**P.O. Box 6148**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,350.00** |
|---|---|---|---|

**City Stone World Inc.**
**149-14 45th Avenue**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,627.00** |
|---|---|---|---|

**City View Blinds of NY Inc.**
**315 West 39th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Clermont Specialty Managers**
**301 Route 17 North, Suite 900**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Insurance Management Company for Jagdeo Sedoo (Insurance Claim)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,866.23** |
|---|---|---|---|

**ColdSpring**
**17482 Granite West Road**
**Cold Spring, MN 56320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Taocon, Inc.**
_____
Name

Case number (if known) _____

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cole Schotz P.C.**
**Nolan E. Shanahan**
**1325 Avenue of the Americas, Suite 1900**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorneys to Piano I, LLC (Litigation)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.54 |
|---|---|---|---|

**Con Edison**
**JAF STATION, P.O. Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310.37 |
|---|---|---|---|

**Con Edison**
**JAF STATION, P.O. Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.03 |
|---|---|---|---|

**Conference Calls Unlimited**
**P.O. Box 1990**
**Fairfield, IA 52556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,078.00 |
|---|---|---|---|

**Cozzolino Furniture Design, Inc.**
**20 Standish Avenue**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,000.00 |
|---|---|---|---|

**D.B.S.Y. Service, Inc.**
**932 Huntington Avenue**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danker Milstein & Ruffo, P.C.**
**Marcelo A. Buitrago, Esq.**
**595 Madison Avenue, 36th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Attorneys for David Varga (Insurance Claim)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$586,302.26**

David Schlachet
231 10th Avenue
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,813.00**

David Schluldiner Inc.
35 Irving Avenue
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,647.00**

Digital Fabrication Workshop Inc. (Digif
99 South 3rd Street, Suite #2
Hudson, NY 12534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,270.50**

Donato Inc.
461 Wild Avenue
Staten Island, NY 10314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,448.00**

Duffy's Floor Service Inc.
63-35 Grand Avenue
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,077.00**

Dutchman Contracting, Inc.
8 Lookout Pass
Putnam Valley, NY 10579

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,953.00**

Dykes Lumber Company, Inc.
1899 Park Avenue, P.O. Box 857
Weehawken, NJ 07086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,141.00 |
|---|---|---|---|

**EDM USA Inc.**
**22 East 21st Street, Suite 7R**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,653.16 |
|---|---|---|---|

**Everbank Commercial Financial**
**10 Waterview Boulevard**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.37 |
|---|---|---|---|

**Executive Color Systems, Inc.**
**42 West 39th Street, 18th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,161.40 |
|---|---|---|---|

**Feldman Lumber**
**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,051.29 |
|---|---|---|---|

**First Insurance Funding**
**450 Skokle Boulevard, Suite 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.00 |
|---|---|---|---|

**Five Star Carting, Inc.**
**5835 47th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,900.00 |
|---|---|---|---|

**Full Scale Woodworking, Inc.**
**945 Rahway Avenue**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Taocon, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**H. Brickman & Sons**
**55 First Avenue**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.00 |
|---|---|---|---|

**Henick-Lane Inc.**
**45-39 Davis Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,975.00 |
|---|---|---|---|

**High-Light Electrical Corp.**
**373 South 1st Street**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,224.44 |
|---|---|---|---|

**Home Depot**
**Attn: Legal Department**
**2455 Paces Ferry Road**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,029.00 |
|---|---|---|---|

**Horus Bronze**
**175 Van Dyke Street**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.95 |
|---|---|---|---|

**IESI - NY Corporation**
**99 Wood Avenue South, #1001**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,680.00 |
|---|---|---|---|

**J. Vulpis & Son Inc.**
**13 Holdman Place**
**Millstone Township, NJ 08535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor      **Taocon, Inc.**                                                    Case number (if known) _____

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,895.00** |
|------|-----|-----|-----|

**J.A.G. & H.E. Construction, Inc.**
**35-12 Bradley Avenue, Suite 1R**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|-----|-----|-----|

**Jane B. Holzer**
**41 East 65th Street**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,674.45** |
|------|-----|-----|-----|

**Janovic**
**30-35 Thomson Avenue**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|-----|-----|-----|

**Jody Gorton**
**108 West 76th Street**
**New York, NY 10023**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,109.38** |
|------|-----|-----|-----|

**John Trani Plumbing & Heating, Inc.**
**17 West 20th Street, Suite #5W**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45,679.50** |
|------|-----|-----|-----|

**JP Morgan Chase Bank, NA**
**201 North Walnut Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|------|-----|-----|-----|

**JV Woodworking Inc.**
**16-63 Cody Avenue**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Taocon, Inc.**_____    Case number (if known) _____
     Name

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,100.70**
--- | --- | --- | ---

**3.61**

**Nonpriority creditor's name and mailing address**

**Kamco Supply Corp.**
**80 21st Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$13,100.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Kim & Joe Carroll**
**2 Monitor Street**
**Brooklyn, NY 11222**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

**KIP America**
**21146 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$1,639.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Klima New York, LLC.**
**425 McFarlan Road, Suite 209**
**Kennett Square, PA 19348**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$894.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Kohan Law Group**
**Patricia Medina, Esq.**
**1180 Northern Blvd., Suite 201**
**Manhasset, NY 11030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Milciades Read (Insurance Claim)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Kongs Carpenters Management Inc.**
**127-07 23rd Avenue**
**College Point, NY 11356**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$37,365.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Kweit, Mantell & Delucia, LLP.**
**225 Broadhollow Road, Suite 213**
**Melville, NY 11747**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$12,142.01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Taocon, Inc.**                                                Case number *(if known)* _____
       Name

| | |
|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.68**

**Nonpriority creditor's name and mailing address**
**Larimore Hampton Pivar**
**15 West 67th Street, #4FW**
**New York, NY 10023**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Law Office of Matthew T. Worner**
**Matthew T. Worner**
**90 Bryant Avenue**
**White Plains, NY 10605**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorneys for Urban D.C. Inc. (Litigation)**

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Limongelli Electric Corp**
**214-41 42nd Avenue**
**Bayside, NY 11361**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$37,528.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Long Shot Crane LLC**
**89 North 10th Street**
**Brooklyn, NY 11249**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$525.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.72**

**Nonpriority creditor's name and mailing address**
**LVL - USA**
**969 3rd Avenue, 3rd Floor, Suite #3-1**
**New York, NY 10022**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$20,885.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.73**

**Nonpriority creditor's name and mailing address**
**M. La Penna Refrigeration, Inc.**
**178 Herrick Road**
**Mineola, NY 11501**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$2,520.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**
**Makuna Tile, Inc.**
**66-36 Pleasant View Street**
**Middle Village, NY 11379**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$18,998.75**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Taocon, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.00** |
|---|---|---|---|
| | **Manhattan Mini Storage LLC**<br>**420 East 62nd Street**<br>**New York, NY 10065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Marshall Conway & Bradley, P.C.**<br>**Robert J. Conway**<br>**45 Broadway, Suite 740**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: <u>Attorneys for Ramashon Jagdeo (Litigation)</u> | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00** |
|---|---|---|---|
| | **Maspeth**<br>**59-30 54th Street**<br>**Maspeth, NY 11378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,420.00** |
|---|---|---|---|
| | **MC Construction Consulting Inc.**<br>**57-45 57th Drive**<br>**Maspeth, NY 11378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,750.00** |
|---|---|---|---|
| | **MCA Interiors, Inc.**<br>**33-27 70th Street**<br>**Jackson Heights, NY 11372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66.47** |
|---|---|---|---|
| | **McKinney Welding Supply Co., Inc.**<br>**1145 Bronx River Avenue**<br>**Bronx, NY 10472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,250.00** |
|---|---|---|---|
| | **MCM Plumbing & Heating Inc.**<br>**880 East 141st Street**<br>**Bronx, NY 10454** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,991.84** |
|---|---|---|---|

**McMaster-Carr**
**P.O. Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,804.00** |
|---|---|---|---|

**Metal Men Restoration LLC.**
**245 East 3rd Street**
**Mount Vernon, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,174.31** |
|---|---|---|---|

**Mt. Pleasant Management Corp.**
**855 Lexington Avenue**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,880.27** |
|---|---|---|---|

**New York Little Elves, Inc.**
**151 First Avenue, P.O. Box 204**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**NYC Glass Works Corp**
**220 Neptune Avenue**
**Brooklyn, NY 11224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Piano I LLC**
**c/o Morici & Morici LLP**
**600 Third Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,215.00** |
|---|---|---|---|

**PNP Craftsman, Inc.**
**16-12 Stephen Street**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00**

**Polar Mechanical Corp.**
221 51st Street
Brooklyn, NY 11220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,994.23**

**Prince Lumber Co., Inc. (Prince Hardware**
618 West 47th Street
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,048.00**

**Pro Design Inc.**
23-21 48th Street
Astoria, NY 11103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Promenet, Inc.**
42 Broadway, 16th Floor
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,339.30**

**Pryor Cashman LLP**
7 Times Square
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,850.00**

**Puza Construction Corp**
1022 43rd Street
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rachel Abromowitz**
45 Christopher Street, #6E
New York, NY 10014

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Taocon, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,320.13**

**Ready Refresh by Nestle (Poland Spring)**
P.O. Box 856192
Louisville, KY 40285

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,285.00**

**Rose Demolition & Carting, Inc.**
95 Bruckner Boulevard
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.49**

**S&J Sheet Metal Supply, Inc. (S&J Supply**
526 East 134th Street
Bronx, NY 10454

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,069.78**

**Safety Group 458**
c/o Levitt Fuirst Assoc.
520 White Plains Road, 2nd Floor
Tarrytown, NY 10591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Scott Lawin**
90 West Broadway, 13th & 14th Floor
New York, NY 10007

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,747.29**

**Simons Hardware & Bath, LLC**
481 Washington Street, 1N
New York, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,775.00**

**Skopein Technology Solutions**
149 Madison Avenue, Suite 1186
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,375.00** |
| --- | --- | --- | --- |

**Skyline Windows LLC**
**220 East 138th Street**
**Bronx, NY 10451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**SOHOMILK, LLC**
**55 Hope Street**
**Brooklyn, NY 11211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,830.73** |
| --- | --- | --- | --- |

**Stan Electric Inc.**
**450 West 36th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00** |
| --- | --- | --- | --- |

**Steven Lamazor**
**441 3rd Street**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,276.00** |
| --- | --- | --- | --- |

**TE Systems Inc.**
**600 Broadhollow Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134,113.00** |
| --- | --- | --- | --- |

**The Cutting Edge Architectural**
**Woodwork, Inc.**
**20 N. Front Street**
**Bally, PA 19503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**The Gerken Building Corporation**
**Michael Bogard, Esq.**
**9 East 38th Street, 6th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Process of Service for Jagdeo Seedoo (Insurance Claim)__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Taocon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,947.00** |
|---|---|---|---|

**The Nanz Company**
**20 Vandam Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,200.00** |
|---|---|---|---|

**The Orchard Group NY, LLC**
**756 South Street**
**Highland, NY 12528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Perecman Firm P.L.L.C.**
**Carissa A. Peebles, Esq.**
**250 West 57th Street, Suite 401**
**New York, NY 10107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys for Jagdeo Seedoo (Insurance Claim)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**Time Mechanicals Inc.**
**128 East 29th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$546.00** |
|---|---|---|---|

**Travelers**
**P.O. Box 660317**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,084.08** |
|---|---|---|---|

**U.S. Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,675.00** |
|---|---|---|---|

**United Steel Products - USP**
**33-40 127th Place**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Taocon, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363,931.65 |

**Urban D.C. Inc.**
**970 Grand Street**
**Brooklyn, NY 11211**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,345.67 |

**Verizon**
**P.O. Box 408**
**Newark, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,446.22 |

**Verizon Wireless**
**P.O. Box 408**
**Newark, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,090.39 |

**Verizon Wireless**
**P.O. Box 408**
**Newark, NJ 07101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Wenig & Wenig, PLLC**
**Alan Wenig, Esq.**
**150 Broadway, Suite 911**
**New York, NY 10038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Attorneys for Clermont Insurance (Litigation)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.18 |

**Whiteys LLC.**
**244 5th Avenue**
**New York, NY 10001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Taocon, Inc.**
_____
Name

Case number (if known)    _____

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      **0.00** |
| **5b. Total claims from Part 2** | 5b.   **+** | $      **3,182,282.06** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $      **3,182,282.06** |

**Fill in this information to identify the case:**

Debtor name  **Taocon, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Office Lease (September 15, 2005 through August 31, 2018)**<br>**1 year, 9 months** |
| | **244 Fifth Avenue Corporation**<br>**855 Lexington Avenue**<br>**New York, NY 10021** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vehicle Lease (2016 Honda Odyssey)** |
| | **Bay Ridge Volvo America**<br>**d/b/a Bay Ridge Honda Suzuki**<br>**3801 4th Avenue**<br>**Brooklyn, NY 11209** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Canon Photocopier Lease** |
| | **Canon Finacial Services, Inc.**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Printer Lease** |
| | **EverBank Commerical Finance**<br>**10 Waterview Boulevard**<br>**Parsippany, NJ 07054** |

| Debtor 1 | **Taocon, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Shop Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Harmony Wholesale, Inc.**<br>**38-10 29th Street, 3rd Floor**<br>**Long Island City, NY 11101** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Taocon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **David Schlachet** | **231 10th Avenue, Apt 9B**<br>**New York, NY 10011** | **Kamco Supply Corp.** | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.2 **David Schlachet** | **231 10th Avenue, Apt 9B**<br>**New York, NY 10011** | **Citibank - Credit Line** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Steven Lamazor** | **441 3rd Street, 3rd Floor**<br>**Brooklyn, NY 11215** | **Kamco Supply Corp.** | ☐ D _____<br>■ E/F ___3.61___<br>☐ G _____ |
| 2.4 **Steven Lamazor** | **441 3rd Street, 3rd Floor**<br>**Brooklyn, NY 11215** | **Citibank - Credit Line** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Taocon, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$9,461,292.36** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$19,160,328.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$12,700,417.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Taocon, Inc.**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE SCHEDULE ATTACHED.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Steven Lamazor**<br>**441 3rd Street, 3rd Floor**<br>**Brooklyn, NY 11215**<br>**President** | **11/6/15 -**<br>**11/6/16** | **$148,676.41** | **Payroll, Reimbursements** |
| 4.2.   **David Schlachet**<br>**231 10th Avenue, Apt 9B**<br>**New York, NY 10011**<br>**Treasurer** | **11/6/15 -**<br>**11/4/16** | **$126,731.25** | **Payroll** |
| 4.3.   **Jonathan Fogler**<br>**39 Whittier Hills Road**<br>**North Salem, NY 10560**<br>**Vice President of Production** | **11/6/15 -**<br>**9/16/16** | **$177,911.39** | **Payroll, Reimbursements** |
| 4.4.   **Mark Grady**<br>**270 Lenox Avenue**<br>**South Orange, NJ 07079**<br>**Vice President of Operations** | **11/6/15 -**<br>**10/28/16** | **$118,760.00** | **Payroll** |
| 4.5.   **Erica Lamazor**<br>**441 3rd Street, 3rd Floor**<br>**Brooklyn, NY 11215**<br>**Spouse of President** | **11/6/15 -**<br>**10/28/16** | **$138,660.00** | **Payroll** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| Debtor | Taocon, Inc. | Case number *(if known)* | |

---

**Part 3:**   **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Clermont Insurance Company a/s/o Queen of Green, Inc. vs. Taocon, Inc. and John Trani Plumbing and Heating Inc.**<br>**154505/2015** | **Summons for collection of damages totaling $104,768.08** | **Supreme Court of the State of New York**<br>**County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Urban D.C. Inc. vs. Mark Groton, et. al.**<br>**11-108055** | **Breach of Contract totaling $730,135** | **Supreme Court of the State of New York**<br>**County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ramashan Jagdeo vs. Borden House Condominium, et. al.**<br>**20815/12** | **Personal Injury - amount unspecified** | **Supreme Court of the State of New York**<br>**County of Bronx**<br>**851 Grand Concourse**<br>**Bronx, NY 10451** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Piano I, LLC vs. Taocon, Inc., et. al.**<br>**655304/2016** | **Breach of Contract for services totaling $2,000,000.** | **Supreme Court of the State of New York**<br>**County of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Taocon, Inc.**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Klestadt Winters Jureller Southard & Stevens, LLP 200 West 41st Street, 17th Floor New York, NY 10036** | | **2/26/2016** | **$5,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Klestadt Winters Jureller Southard & Stevens, LLP 200 Wet 41st Street, 17th Floor New York, NY 10036** | | **11/7/2016** | **$10,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

---

| Debtor | Taocon, Inc. | | Case number *(if known)* | |

---

**Part 7:**   Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

        ■ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **Taocon, Inc.**                                                    Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Manhattan Mini Storage**<br>**420 East 62nd Street**<br>**New York, NY 10021** | **Debtor's officers** | **Miscellaneous** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor     **Taocon, Inc.**                                                      Case number *(if known)* _____

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Larry Kweit**<br>**Kweit, Mantell & Delucia CPAs**<br>**534 Broadhollow Rd., Ste. 300**<br>**Melville, NY 11747** | **November 2013 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Kweit, Mantell & Deluca CPAs** | |
| 26c.2.   **Steven Lamazor** | |
| 26c.3.   **David Schlachet** | |
| 26c.4.   **Mark Grady** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Taocon, Inc.**                                        Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Lamazor | 441 3rd Street, 3rd Floor Brooklyn, NY 11215 | President | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Schlachet | 231 10th Avenue, Apt 9B New York, NY 10011 | Treasurer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Fogler | 39 Whittier Hills Road North Salem, NY 10560 | Vice President of Production | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Grady | 270 Lenox Avenue South Orange, NJ 07079 | Vice President of Operations | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE ITEM 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Putnam/Ascensus** | EIN:    **Taocon Inc. #690577** |

Debtor    **Taocon, Inc.**                                        Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2016**
                   _____

**/s/ Steven Lamazor**                                    **Steven Lamazor**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **Taocon, Inc.** _____ Case No. _____

Debtor(s)                          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,335.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,335.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 15, 2016** _____     **/s/ Tracy L. Klestadt**
_Date_                                              **Tracy L. Klestadt**
                                                    _Signature of Attorney_
                                                    **Klestadt Winters Jureller Southard & Stevens, LLP**
                                                    **200 West 41st Street**
                                                    **17th Floor**
                                                    **New York, NY 10036-7203**
                                                    **(212) 972-3000   Fax: (212) 972-2245**
                                                    **tklestadt@klestadt.com**
                                                    _Name of law firm_

---

## United States Bankruptcy Court
### Southern District of New York

In re    Taocon, Inc.
_____
                                  Debtor(s)

Case No. _____
Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    November 15, 2016
_____

/s/ Steven Lamazor
**Steven Lamazor/President**
Signer/Title

244 FIFTH AVENUE CORPORATION
855 LEXINGTON AVENUE
NEW YORK, NY 10021


A.R. EQUIPMENT LLC
174 ST. GEORGE ROAD
STATEN ISLAND, NY 10306


ALEJANDRO RAMIREZ MAGANA
721 5TH AVENUE, #61AB
NEW YORK, NY 10022


ALEX & HILDEMARIE LADOUCEUR
540 4TH STREET
BROOKLYN, NY 11215


ALL BORO FLOOR SERVICE, INC.
135 EAST 233RD STREET
BRONX, NY 10470


ALLIED BUILDING PRODUCTS CORP.
15 E. UNION AVENUE
EAST RUTHERFORD, NJ 07073


ALLSTATE SPRINKLER CORP
1869 WHITE PLAINS ROAD
BRONX, NY 10462


AMERICAN SECURITY SYSTEMS, INC.
5-44 50TH AVENUE
LONG ISLAND CITY, NY 11101


APEX CONSTRUCTION INC.
25-03 BODEN AVENUE
LONG ISLAND CITY, NY 11101


APOLLO ELECTRIC USA, INC. DBA ALPHA ELEC
71-51 70TH STREET
RIDGEWOOD, NY 11385


ARISTA AIR CONDITIONING CORP.
38-26 TENTH STREET
LONG ISLAND CITY, NY 11101

ART-IN-CONSTRUCTION, LTD.
63 FLUSHING AVENUE, UNIT 109
BUILDING 3, SHITE 101
BROOKLYN, NY 11205


BAY RIDGE VOLVO AMERICA
D/B/A BAY RIDGE HONDA SUZUKI
3801 4TH AVENUE
BROOKLYN, NY 11209


BENRA & DUAL TILT WINDOWS & DOORS MFG. C
229 GREEN STREET
BROOKLYN, NY 11222


BLUE CHIP BUILDING MAINTENANCE INC.
242 30TH STREET
NEW YORK, NY 10001


BODENKRAFT HANDCRAFTED ARTISAN FLOORING
167 STONE HILL ROAD
COLTS NECK, NJ 07722


BREAKAWAY COURIER SYSTEMS
444 WEST 36TH STREET
NEW YORK, NY 10018


BRIAN MCMAHON
40 BOND STREET
NEW YORK, NY 10012


CANON FINACIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CANON SOLUTIONS AMERICA
300 COMMERCE SQUARE BLVD.
BURLINGTON, NJ 08016


CARR-XEROX
500 COMMACK ROAD
COMMACK, NY 11725

CELTIC SERVICES NYC INC.
156 MT. VERNON AVENUE, SUITE 210
MOUNT VERNON, NY 10550


CITIBANK - CREDIT LINE
P.O. BOX 9241
UNIONDALE, NY 11555


CITICARDS
P.O. BOX 6148
SIOUX FALLS, SD 57117


CITY STONE WORLD INC.
149-14 45TH AVENUE
FLUSHING, NY 11355


CITY VIEW BLINDS OF NY INC.
315 WEST 39TH STREET
NEW YORK, NY 10018


CLERMONT SPECIALTY MANAGERS
301 ROUTE 17 NORTH, SUITE 900
RUTHERFORD, NJ 07070


COLDSPRING
17482 GRANITE WEST ROAD
COLD SPRING, MN 56320


COLE SCHOTZ P.C.
NOLAN E. SHANAHAN
1325 AVENUE OF THE AMERICAS, SUITE 1900
NEW YORK, NY 10019


CON EDISON
JAF STATION, P.O. BOX 1702
NEW YORK, NY 10116


CON EDISON
JAF STATION, P.O. BOX 1702
NEW YORK, NY 10116


CONFERENCE CALLS UNLIMITED
P.O. BOX 1990
FAIRFIELD, IA 52556

COZZOLINO FURNITURE DESIGN, INC.
20 STANDISH AVENUE
WEST ORANGE, NJ 07052


D.B.S.Y. SERVICE, INC.
932 HUNTINGTON AVENUE
BRONX, NY 10465


DANKER MILSTEIN & RUFFO, P.C.
MARCELO A. BUITRAGO, ESQ.
595 MADISON AVENUE, 36TH FLOOR
NEW YORK, NY 10022


DAVID SCHLACHET
231 10TH AVENUE
NEW YORK, NY 10011


DAVID SCHLACHET
231 10TH AVENUE, APT 9B
NEW YORK, NY 10011


DAVID SCHLACHET
231 10TH AVENUE, APT 9B
NEW YORK, NY 10011


DAVID SCHLULDINER INC.
35 IRVING AVENUE
BROOKLYN, NY 11237


DEPARTMENT OF TAXATION & FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9, W.A. HARRIMAN CAMPUS
ALBANY, NY 12227


DIGITAL FABRICATION WORKSHOP INC. (DIGIF
99 SOUTH 3RD STREET, SUITE #2
HUDSON, NY 12534


DONATO INC.
461 WILD AVENUE
STATEN ISLAND, NY 10314


DUFFY'S FLOOR SERVICE INC.
63-35 GRAND AVENUE
MASPETH, NY 11378

DUTCHMAN CONTRACTING, INC.
8 LOOKOUT PASS
PUTNAM VALLEY, NY 10579


DYKES LUMBER COMPANY, INC.
1899 PARK AVENUE, P.O. BOX 857
WEEHAWKEN, NJ 07086


EDM USA INC.
22 EAST 21ST STREET, SUITE 7R
NEW YORK, NY 10010


EVERBANK COMMERCIAL FINANCIAL
10 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054


EVERBANK COMMERICAL FINANCE
10 WATERVIEW BOULEVARD
PARSIPPANY, NJ 07054


EXECUTIVE COLOR SYSTEMS, INC.
42 WEST 39TH STREET, 18TH FLOOR
NEW YORK, NY 10018


FELDMAN LUMBER
1281 METROPOLITAN AVENUE
BROOKLYN, NY 11237


FIRST INSURANCE FUNDING
450 SKOKLE BOULEVARD, SUITE 1000
NORTHBROOK, IL 60062


FIVE STAR CARTING, INC.
5835 47TH STREET
MASPETH, NY 11378


FULL SCALE WOODWORKING, INC.
945 RAHWAY AVENUE
UNION, NJ 07083


H. BRICKMAN & SONS
55 FIRST AVENUE
NEW YORK, NY 10003

HARMONY WHOLESALE, INC.
38-10 29TH STREET, 3RD FLOOR
LONG ISLAND CITY, NY 11101


HENICK-LANE INC.
45-39 DAVIS STREET
LONG ISLAND CITY, NY 11101


HIGH-LIGHT ELECTRICAL CORP.
373 SOUTH 1ST STREET
BROOKLYN, NY 11211


HOME DEPOT
ATTN: LEGAL DEPARTMENT
2455 PACES FERRY ROAD
ATLANTA, GA 30339


HORUS BRONZE
175 VAN DYKE STREET
BROOKLYN, NY 11231


IESI - NY CORPORATION
99 WOOD AVENUE SOUTH, #1001
ISELIN, NJ 08830


INTERNAL REVENUE SERVICE
1 CLINTON AVENUE
ALBANY, NY 12207


J. VULPIS & SON INC.
13 HOLDMAN PLACE
MILLSTONE TOWNSHIP, NJ 08535


J.A.G. & H.E. CONSTRUCTION, INC.
35-12 BRADLEY AVENUE, SUITE 1R
LONG ISLAND CITY, NY 11101


JANE B. HOLZER
41 EAST 65TH STREET
NEW YORK, NY 10065


JANOVIC
30-35 THOMSON AVENUE
LONG ISLAND CITY, NY 11101

JODY GORTON
108 WEST 76TH STREET
NEW YORK, NY 10023


JOHN TRANI PLUMBING & HEATING, INC.
17 WEST 20TH STREET, SUITE #5W
NEW YORK, NY 10011


JP MORGAN CHASE BANK, NA
201 NORTH WALNUT STREET
WILMINGTON, DE 19801


JV WOODWORKING INC.
16-63 CODY AVENUE
RIDGEWOOD, NY 11385


KAMCO SUPPLY CORP.
80 21ST STREET
BROOKLYN, NY 11232


KIM & JOE CARROLL
2 MONITOR STREET
BROOKLYN, NY 11222


KIP AMERICA
21146 NETWORK PLACE
CHICAGO, IL 60673


KLIMA NEW YORK, LLC.
425 MCFARLAN ROAD, SUITE 209
KENNETT SQUARE, PA 19348


KOHAN LAW GROUP
PATRICIA MEDINA, ESQ.
1180 NORTHERN BLVD., SUITE 201
MANHASSET, NY 11030


KONGS CARPENTERS MANAGEMENT INC.
127-07 23RD AVENUE
COLLEGE POINT, NY 11356


KWEIT, MANTELL & DELUCIA, LLP.
225 BROADHOLLOW ROAD, SUITE 213
MELVILLE, NY 11747

LARIMORE HAMPTON PIVAR
15 WEST 67TH STREET, #4FW
NEW YORK, NY 10023


LAW OFFICE OF MATTHEW T. WORNER
MATTHEW T. WORNER
90 BRYANT AVENUE
WHITE PLAINS, NY 10605


LIMONGELLI ELECTRIC CORP
214-41 42ND AVENUE
BAYSIDE, NY 11361


LONG SHOT CRANE LLC
89 NORTH 10TH STREET
BROOKLYN, NY 11249


LVL - USA
969 3RD AVENUE, 3RD FLOOR, SUITE #3-1
NEW YORK, NY 10022


M. LA PENNA REFRIGERATION, INC.
178 HERRICK ROAD
MINEOLA, NY 11501


MAKUNA TILE, INC.
66-36 PLEASANT VIEW STREET
MIDDLE VILLAGE, NY 11379


MANHATTAN MINI STORAGE LLC
420 EAST 62ND STREET
NEW YORK, NY 10065


MARK GRADY
270 LENOX AVENUE
SOUTH ORANGE, NJ 07079


MARSHALL CONWAY & BRADLEY, P.C.
ROBERT J. CONWAY
45 BROADWAY, SUITE 740
NEW YORK, NY 10006


MASPETH
59-30 54TH STREET
MASPETH, NY 11378

MC CONSTRUCTION CONSULTING INC.
57-45 57TH DRIVE
MASPETH, NY 11378


MCA INTERIORS, INC.
33-27 70TH STREET
JACKSON HEIGHTS, NY 11372


MCKINNEY WELDING SUPPLY CO., INC.
1145 BRONX RIVER AVENUE
BRONX, NY 10472


MCM PLUMBING & HEATING INC.
880 EAST 141ST STREET
BRONX, NY 10454


MCMASTER-CARR
P.O. BOX 7690
CHICAGO, IL 60680


METAL MEN RESTORATION LLC.
245 EAST 3RD STREET
MOUNT VERNON, NY 10553


MT. PLEASANT MANAGEMENT CORP.
855 LEXINGTON AVENUE
NEW YORK, NY 10065


NEW YORK LITTLE ELVES, INC.
151 FIRST AVENUE, P.O. BOX 204
NEW YORK, NY 10003


NYC DEPARTMENT OF FINANCE
ONE CENTRE STREET, 22ND FLOOR
NEW YORK, NY 10007


NYC GLASS WORKS CORP
220 NEPTUNE AVENUE
BROOKLYN, NY 11224


NYS DEPARTMENT OF TAXATION & FINANCE
BANKRUPTCY SECTION
P.O. BOX 5300
ALBANY, NY 12205

PIANO I LLC
C/O MORICI & MORICI LLP
600 THIRD AVENUE
NEW YORK, NY 10016


PNP CRAFTSMAN, INC.
16-12 STEPHEN STREET
RIDGEWOOD, NY 11385


POLAR MECHANICAL CORP.
221 51ST STREET
BROOKLYN, NY 11220


PRINCE LUMBER CO., INC. (PRINCE HARDWARE
618 WEST 47TH STREET
NEW YORK, NY 10036


PRO DESIGN INC.
23-21 48TH STREET
ASTORIA, NY 11103


PROMENET, INC.
42 BROADWAY, 16TH FLOOR
NEW YORK, NY 10004


PRYOR CASHMAN LLP
7 TIMES SQUARE
NEW YORK, NY 10036


PUZA CONSTRUCTION CORP
1022 43RD STREET
BROOKLYN, NY 11219


RACHEL ABROMOWITZ
45 CHRISTOPHER STREET, #6E
NEW YORK, NY 10014


READY REFRESH BY NESTLE (POLAND SPRING)
P.O. BOX 856192
LOUISVILLE, KY 40285


ROSE DEMOLITION & CARTING, INC.
95 BRUCKNER BOULEVARD
BRONX, NY 10454

S&J SHEET METAL SUPPLY, INC. (S&J SUPPLY
526 EAST 134TH STREET
BRONX, NY 10454


SAFETY GROUP 458
C/O LEVITT FUIRST ASSOC.
520 WHITE PLAINS ROAD, 2ND FLOOR
TARRYTOWN, NY 10591


SCOTT LAWIN
90 WEST BROADWAY, 13TH & 14TH FLOOR
NEW YORK, NY 10007


SIMONS HARDWARE & BATH, LLC
481 WASHINGTON STREET, 1N
NEW YORK, NY 10013


SKOPEIN TECHNOLOGY SOLUTIONS
149 MADISON AVENUE, SUITE 1186
NEW YORK, NY 10016


SKYLINE WINDOWS LLC
220 EAST 138TH STREET
BRONX, NY 10451


SOHOMILK, LLC
55 HOPE STREET
BROOKLYN, NY 11211


STAN ELECTRIC INC.
450 WEST 36TH STREET
NEW YORK, NY 10018


STEVEN LAMAZOR
441 3RD STREET
BROOKLYN, NY 11215


STEVEN LAMAZOR
441 3RD STREET, 3RD FLOOR
BROOKLYN, NY 11215


STEVEN LAMAZOR
441 3RD STREET, 3RD FLOOR
BROOKLYN, NY 11215

TE SYSTEMS INC.
600 BROADHOLLOW ROAD
MELVILLE, NY 11747


THE CUTTING EDGE ARCHITECTURAL
WOODWORK, INC.
20 N. FRONT STREET
BALLY, PA 19503


THE GERKEN BUILDING CORPORATION
MICHAEL BOGARD, ESQ.
9 EAST 38TH STREET, 6TH FLOOR
NEW YORK, NY 10016


THE NANZ COMPANY
20 VANDAM STREET
NEW YORK, NY 10013


THE ORCHARD GROUP NY, LLC
756 SOUTH STREET
HIGHLAND, NY 12528


THE PERECMAN FIRM P.L.L.C.
CARISSA A. PEEBLES, ESQ.
250 WEST 57TH STREET, SUITE 401
NEW YORK, NY 10107


TIME MECHANICALS INC.
128 EAST 29TH STREET
NEW YORK, NY 10016


TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266


U.S. BANK
P.O. BOX 790408
SAINT LOUIS, MO 63179


UNITED STEEL PRODUCTS - USP
33-40 127TH PLACE
CORONA, NY 11368

URBAN D.C. INC.
970 GRAND STREET
BROOKLYN, NY 11211


VERIZON
P.O. BOX 408
NEWARK, NJ 07101


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101


WENIG & WENIG, PLLC
ALAN WENIG, ESQ.
150 BROADWAY, SUITE 911
NEW YORK, NY 10038


WHITEYS LLC.
244 5TH AVENUE
NEW YORK, NY 10001