# CORPORATE RESOLUTION

The undersigned, the President of Taocon, Inc. (the "Corporation"), a corporation organized under the laws of the State of New York, does hereby certify that at a duly called meeting of the board of directors held on the 15th day of November, 2016, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the director, it is desirable and in the best interests of the Corporation that Steven Lamazor be empowered to cause a petition under Chapter 7 of the United States Bankruptcy Code to be filed by the Corporation upon such date, and in the event, in its discretion, such action should become necessary for the protection of the Corporation and the preservation of its assets; and it is further

RESOLVED, that Steven Lamazor be, and he hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with such proceedings under Chapter 7, and in that connection to retain and employ Klestadt Winters Jureller Southard & Stevens, LLP as the Corporation's general bankruptcy counsel."

IN WITNESS WHEREOF, the undersigned, having the full authority to do so, has hereunto set his hand, this 15th day of November, 2016.

Taocon, Inc.

By: _____

Name: Steven Lamazor
Title: President