# United States Bankruptcy Court
## Southern District of New York

In re  **Taocon, Inc.**                                                                      Case No.
                              Debtor(s)                                                       Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Taocon, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **November 15, 2016** | **/s/ Tracy L. Klestadt** |
| Date | **Tracy L. Klestadt** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Taocon, Inc.** |
| | **Klestadt Winters Jureller Southard & Stevens, LLP** |
| | **200 West 41st Street** |
| | **17th Floor** |
| | **New York, NY 10036-7203** |
| | **(212) 972-3000 Fax:(212) 972-2245** |
| | **tklestadt@klestadt.com** |