**COLE SCHOTZ P.C.**
1325 Avenue of the Americas
19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Facsimile
Nolan E. Shanahan, Esq.
Attorneys for Piano I, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| TAOCON, INC., | Case No. 16-13190 (SMB) |
| Debtor(s). | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters this appearance as counsel for Piano I, LLC ("**Piano**"), pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon:

> COLE SCHOTZ P.C.
> 1325 Avenue of the Americas
> 19th Floor
> New York, New York 10019
> Attn: Nolan E. Shanahan, Esq.
> (212) 752-8000
> E-mail: nshanahan@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex, electronically

or otherwise, which affect or seek to affect in any way the rights or interests of Piano with respect to the Debtor, the Debtor's estate, or any estate claims or property in which the estate may claim an interest.

DATED:   New York, New York
         November 28, 2016

                                COLE SCHOTZ P.C.
                                Attorneys for Piano I, LLC


                            By: */s/ Nolan E. Shanahan*_____
                                Nolan E. Shanahan
                                1325 Avenue of the Americas
                                19th Floor
                                New York, NY 10022-4728
                                (212) 752-8000
                                nshanahan@coleschotz.com