UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                  Chapter 7

TAOCON, INC.,                                                Case No. 16-13190 (SMB)

                                         Debtor.
--------------------------------------------------------X

## ORDER GRANTING APPLICATION BY ALEJANDRO RAMIREZ MAGAÑA, PURSUANT TO BANKRUPTCY RULE 2004, (I) DIRECTING EXAMINATION OF DEBTOR BY (A) STEVEN LAMAZOR, PRESIDENT, (B) DAVID SCHLACHET, TREASURER, AND (C) MARK GRADY, VICE PRESIDENT OF OPERTATIONS; (II) DIRECTING THE PRODUCTION OF DOCUMENTS; AND (III) <u>GRANTING RELATED RELIEF</u>

Upon the application of Alejandro Ramirez Magaña ("<u>Ramirez</u>") dated January 20, 2016 (the "<u>Application</u>"), pursuant to Bankruptcy Rule 2004, for an Order (i) authorizing and directing the examination of the Debtor by (a) Steven Lamazor, President, (b) David Schlachet, Treasurer and (c) Mark Grady, Vice President of Operations, and (ii) directing the Debtor's production of documents listed on **Exhibit A** to the Application; and the Court having determined that the requested relief is reasonable and proper; and after due deliberation; and good and sufficient cause appearing therefore, it is hereby;

**ORDERED,** ~~that the Application is granted; and it is further~~**[SMB: 1/24/17]**

**ORDERED,** that Ramirez is authorized to examine the Debtor, by Steven Lamazor, President of the Debtor, pursuant to Bankruptcy Rule 2004, upon at least fifteen (15) days prior written notice, at the office of Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, and it is further

**ORDERED,** that Ramirez is authorized to examine the Debtor, by David Schlachet, Treasurer of the Debtor, pursuant to Bankruptcy Rule 2004, upon at least fifteen (15) days prior

566353v.1

written notice, at the office of Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, and it is further

**ORDERED,** that Ramirez is authorized to examine the Debtor, by Mark Grady, Vice President of Operations of the Debtor, pursuant to Bankruptcy Rule 2004, upon at least fifteen (15) days prior written notice, at the office of Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, New York 10158, and it is further

**ORDERED,** that the Debtor shall produce the documents listed on **Exhibit A** annexed to the Application, by delivering such documents to Ramirez's attorney, within twenty (20) days after entry of this Order; and it is further

**ORDERED,** that Ramirez may compel the attendance of Steven Lamazor, David Schlachet and/or Mark Grady at their respective Rule 2004 examinations, and compel the Debtor's production of documents, by the issuance of subpoenas **in accordance with FRCP 45**; and it is further**[SMB:1/24/17]**

**ORDERED,** that failure to comply with this Order or any related subpoena duly issued based on this Order, shall be punishable as a contempt of Court.

Dated:  New York, New York
        January **24th**, 2017

**/s/ STUART M. BERNSTEIN**
STUART M. BERNSTEIN
U.S. BANKRUPTCY JUDGE

2

566353v.1