**Hearing Date: May 11, 2017 at 10:00 a.m. (EST)**

**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
(212) 752-8000
(212) 752-8393 Facsimile
Nolan E. Shanahan, Esq.

*Attorneys for Piano I, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| TAOCON, INC., | Case No. 16-13190 (SMB) |
| Debtor. | |

**NOTICE OF HEARING ON MOTION OF PIANO I, LLC**
**FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004**
**(I) AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PROVISION**
**OF TESTIMONY TO CERTAIN OF THE DEBTOR'S PRINCIPALS AND**
**(II) COMPELLING THE PRODUCTION OF DOCUMENTS BY THE DEBTOR**

**PLEASE TAKE NOTICE THAT** a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on **May 11, 2017, at 11:00 a.m. EST** (the "**Hearing**"), at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 723, New York, NY 10004-1408 or as soon thereafter as counsel can be heard, to consider the Motion of Piano I, LLC for Entry of an Order Pursuant to Bankruptcy Rule 2004 (I) Authorizing the Issuance of Subpoenas for the Provision of Testimony to Certain of the Debtor's Principals and (II) Compelling the Production of Documents by the Debtor [Docket No. 19].

**PLEASE TAKE FURTHER NOTICE** any parties that timely filed and served written objections are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

| | |
|---|---|
| DATED:   May 4, 2017<br>New York, New York | **COLE SCHOTZ P.C.**<br><br>By:  */s/ Nolan E. Shanahan*<br>Nolan E. Shanahan, Esq.<br>1325 Avenue of the Americas,<br>19th Floor<br>New York, New York 10019<br>Telephone: (212) 752-8000<br><br>*Attorneys for Piano I, LLC* |