**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Taocon, Inc. | CASE NO.: 16–13190–smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–3731676 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Kenneth Silverman is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 9, 2017

                                        Stuart M. Bernstein, Bankruptcy Judge