UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| TAOCON, INC., | Case No. 16-13190 (SMB) |
| Debtor. | |

## ORDER REOPENING CASE, DENYING MOTION OF PIANO I, LLC FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AND CLOSING CASE

Piano I, LLC having moved on March 23, 2017 for entry of an order authorizing it to conduct examinations pursuant to Bankruptcy Rule 2004 (the "Motion"); and the Court having entered a final decree and ordered the case closed on June 9, 2017; and the Motion having been heard on June 15, 2017 and denied from the bench; it is hereby

**ORDERED**, that the case is reopened without payment of a fee solely for the purpose of docketing this order; and it is further

**ORDERED** that the Motion is denied for the reasons stated on the record on June 15, 2017; and it is further

**ORDERED**, that the Clerk is respectfully directed to close the case.

Dated: New York, New York
June 27, 2017

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge